# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>   Petitioner,<br><br> v.<br><br>TONYA ANDREWS, et al.,<br><br>   Respondents. | Case No. 1:25-cv-00506-SAB-HC<br><br>ORDER REQUIRING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S REQUEST TO PLACE FILINGS UNDER SEAL |

  Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

  On April 30, 2025, Petitioner filed a notice of a request to seal any documents that would reveal his identity or the underlying basis of his fear-based claim to protect himself and his family members from harm. (ECF No. 4.) The notice states that the notice, request to seal, and all documents covered by the request were emailed to counsel in the Civil Division of the U.S. Attorney's Office for the Eastern District of California. (ECF No. 4 at 2.) To date, Respondents have not submitted an opposition to the request.

///
///
///
///

The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, Respondents SHALL file an opposition or statement of non-opposition to Petitioner's request to seal.

IT IS SO ORDERED.

Dated: **May 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2