1  MICHELE BECKWITH
Acting United States Attorney
2  MICHELLE RODRIGUEZ
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6              IN THE UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF CALIFORNIA

8

9  JOHN DOE,                          CASE NO. 1:25-CV-00506-SAB-HC

10                        Petitioner,

11              v.                     ORDER SEALING DOCUMENTS AS SET FORTH
                                       IN RESPONDENTS' NOTICE
12  TONYA ANDREWS, et al.,
                                       (ECF No. 15)
13                        Respondents.

14

15

16

17        Pursuant to Local Rule 141(b), and based on the representations contained in the Respondents'

18  Request to Seal, IT IS HEREBY ORDERED that the Respondents' Bowen Declaration Exhibits in

19  Support of Respondents' Motion to Dismiss, pertaining to Doe, and the Respondents' Request to Seal

20  shall be SEALED until further order of this Court.

21        It is FURTHER ORDERED that electronic access to the sealed documents shall be limited to the

22  Respondents and counsel for the Petitioner.

23        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25  the Respondents' Request, sealing the Respondents' Request and the Bowen Declaration Exhibits in

26  Support of Respondents' Motion to Dismiss serves a compelling interest. The Court further finds that, in

27  the absence of closure, the compelling interests identified by the Respondents would be harmed. In light

28  of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to

                                       1

1   sealing the Respondents' Request and Bowen Declaration Exhibits in Support of Respondents' Motion

2   to Dismiss that would adequately protect the compelling interests identified by the Respondents.

3   IT IS SO ORDERED.

4   Dated:   **July 10, 2025**

5                                                          STANLEY A. BOONE
                                                           United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28