# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>    v.<br><br>TONYA ANDREWS, et al.,<br><br>    Respondents. | Case No. 1:25-cv-00506-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT SEALED DOCUMENTS TO CLERK OF COURT |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 10, 2025, the Court granted Respondent's request to seal documents as set forth in Respondent's June 30, 2025 notice. (ECF No. 17.)

Local Rule 141 provides in pertinent:

> If a Request [to Seal Documents] is granted in full or in part, . . . then counsel for the requesting party shall either e-mail to the Clerk, at the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by the sealing order, in .pdf format as an attachment, or submit to the Clerk by hand-delivery, U.S. mail, or same-day or overnight courier, a CD containing a copy of the documents in .pdf format.

L.R. 141(e)(2)(i). To date, it appears Respondent has not submitted copies of the documents covered by the sealing order to the Clerk.

///

Accordingly, IT IS HEREBY ORDERED that within two (2) days of the date of service of this order, Respondent shall submit copies of the documents covered by the July 10, 2025 sealing order to the Clerk.

IT IS SO ORDERED.

Dated:  **August 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge